**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**MALISSA HENRY**                                                                 **PLAINTIFF**

**V.**                                       **CASE NO. 5:21-CV-5055**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                                          **DEFENDANT**

### JUDGMENT

     **IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is  **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

     **IT IS SO ORDERED AND ADJUDGED** on this 7th day of June, 2022.


                         */s/ Timothy L. Brooks*
                         TIMOTHY L. BROOKS
                         UNITED STATES DISTRICT JUDGE